## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JUSTIN LEE STEINMAN,        )
        Petitioner,       )
   v.                    )     C.A. No. 11-309 Erie
                         )
SUPERINTENDENT HARLOW, et al,  )
        Respondents.    )

### MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on December 12, 2011, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The magistrate judge's report and recommendation, filed on November 27, 2012, recommended that the petition for writ of habeas corpus be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated, and on Respondents. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 18th Day of January, 2013;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DENIED and a certificate of appealability is DENIED.

The report and recommendation of Magistrate Judge Baxter, dated November 27, 2012, is adopted as the opinion of the court.

Maurice B. Cohill Jr.
MAURICE B. COHILL, JR.
United States District Judge

cc:    Susan Paradise Baxter
      U.S. Magistrate Judge

      all parties of record _____